UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>    Plaintiff )<br>           )<br>           )<br>    vs. )<br>           )<br> Jose Edmundo Rincon )<br>           )<br>    Defendant(s) )<br>_____ ) | CRIMINAL NO. 08mj2258<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Jose Melendrez-Marquez

DATED: 8/7/08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by RheaRhne
Deputy Clerk

R. Rhone